JOHN T. WILLIAMS, Respondent, *v.* CALVIN DATER, Appellant.

(Submitted June 13, 1898; decided June 14, 1898.)

MOTION for extra costs (under subd. 5, § 3251, Code of Civil Procedure) by way of damages for delay alleged to have been caused by appellant. (See 156 N. Y. 671.)

*Calvin E. Keach* for motion.

Motion denied, with ten dollars costs.

———————

ANN McCARRAN, Appellant, *v.* MARY ELLEN McKENNA et al., Respondents.

*McCarran v. Cooper*, 16 App. Div. 311, appeal dismissed.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1897, affirming a judgment in favor of defendants entered upon a decision of the court sustaining a demurrer to the complaint on trial at Special Term.

The motion was made upon the ground that the order is not appealable.

*John Bottomley* for motion.

*Bliss & Schley* opposed.

Motion granted, with costs.